UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IN RE:**

                                              Case No. 20-41079-mar

**Neal A. Malega**                         Honorable Mark A. Randon

**Jacqueline M. Foley**                 Chapter 13

     Debtors         /

## ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 13 FILED BY MICHIGAN DEPARTMENT OF TREASURY

      This matter having come before the Court by way of objection of the Chapter 13 Debtor(s) to the allowance of above-referenced claim and service having been made with a notice of hearing allowing a thirty (30) day notice period pursuant to F.R.Bankr.P. 3007, the requisite time having passed without a response having been timely served and the Court being otherwise sufficiently advised in the premises;

      **IT IS HEREBY ORDERED** that Claim No. 13 is allowed only as a total claim of $556.13 with $499.43 as a priority claim and $56.70 as a general unsecured claim.

**Signed on November 30, 2020**

                                              /s/ Mark A. Randon

                                              **Mark A. Randon**
                                              **United States Bankruptcy Judge**